**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 255 EAL 2019

            Petitioner            :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

            v.                          :

                                 :

JOHN BICKERSTAFF,                 :

                                 :

            Respondent           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.